C. Brooks Cutter (*pro hac vice*)
Todd A. Walburg (*pro hac vice*)
Margot P. Cutter (*pro hac vice*)
**CUTTER LAW, P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9440
Facsimile: (916) 588-9330

Zoe Littlepage (*pro hac vice*)
Rainey C. Booth (*pro hac vice*)
T. Matthew Leckman (*pro hac vice*)
**LITTLEPAGE BOOTH LECKMAN**
1912 W. Main Street
Houston, Texas 77098
Telephone: (713) 529-8000
Facsimile: (713) 529-8044

Curt Clausen (AZ SBN 019709)
**CLAUSEN & WILLIAMSON PLLC**
2999 North 44th Street, Suite 318
Phoenix, Arizona 85018
Telephone: (602) 285-4450
Facsimile: (602) 285-4473

Attorneys for the Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Hilary Davis, | Case No. 2:18-cv-1157-DGC |
| Plaintiff, | Case No. 2:18-cv-01778-DGC |
| vs. | Case No. 4:18-cv-01159-DGC |
| McKesson Corporation, et al., | **DECLARATION OF C. BROOKS CUTTER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF MARGARET WHITTAKER, PH.D.** |
| Defendants. | |

| | |
|---|---|
| Susan Fischer, | |
| Plaintiff, | |
| vs. | |
| Bayer Healthcare Pharmaceuticals Inc. et al., | |
| Defendants. | |
| Srihari Munnuru, | |
| Plaintiff, | |
| vs. | |
| Guerbet, LLC, et al., | |
| Defendants. | |

1. I, C. Brooks Cutter, make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Plaintiffs' Expert Margaret Whittaker, Ph.D.

2. I have personal knowledge of the matters in this declaration and am competent to testify to the matters set forth below.

3. I am the Founding Partner of the law firm Cutter Law P.C. and one of the attorneys serving as counsel for Plaintiffs in the above captioned matter.

4. Attached as Exhibits 1 through 2 to this declaration are true and correct copies of documents, or excerpts thereof, produced by Parties or publicly available. These Exhibits are filed in support of Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Margaret Whittaker, Ph.D.

Exhibit 1: The Lancet Correspondence, Chelated or dechelated gadolinium deposition – Author's reply, Vol. 16, December 2017

Exhibit 2: Diagnostic and Interventional Cardiology, Study Highlights Important Safety Issue with Widely Used MRI Contrast Agents, Issued June 26, 2015

Dated: May 3, 2019     CUTTER LAW, P.C.

By: /s/ C. Brooks Cutter
C. Brooks Cutter

C. Brooks Cutter (*Pro Hac Attorney*)
Todd A. Walburg (*Pro Hac Attorney*)
Margot P. Cutter (*Pro Hac Attorney*)
**CUTTER LAW, P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9440
Facsimile: (916) 588-9330
Email: *bcutter@cutterlaw.com;*
*twalburg@cutterlaw.com;*
*mcutter@cutterlaw.com*

Attorneys for the Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2019, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ C. Brooks Cutter*